# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00437-CV

**Dorena Harrison, Appellant**

**v.**

**Lance Haverda, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
### NO. 14-0321-F425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On October 23, 2015, we dismissed this appeal for want of prosecution because it appeared that the appellant, Dorena Harrison, had neither paid, nor made arrangements for payment, for the clerk's record. *See* Tex. R. App. P. 42.3(b). Harrison has filed a motion for rehearing, advising this Court that at the time of the dismissal she had made arrangements for the payment of the clerk's record. The clerk's record has now been submitted to the clerk of this Court for filing. Harrison requests that we reinstate her appeal. We grant the motion for rehearing, withdraw our opinion and judgment dated October 23, 2015, and reinstate the appeal on the Court's docket. Appellant's brief is due on or before January 11, 2016.

It is ordered December 10, 2015.

Before Chief Justice Rose, Justices Pemberton and Field